# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HEIDI N. KEETON, :

    Plaintiff, :

                                     Case No. 3:13cv00297

vs. :    District Judge Walter Herbert Rice
                                     Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Acting Commissioner of the Social :
Security Administration,

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on October 9, 2014 (Doc. #17) is **ADOPTED** in full;

2. The Commissioner's non-disability finding is **VACATED**;

3. No finding is made as to whether Plaintiff Heidi N. Keeton is under a "disability" within the meaning of the Social Security Act;

4. This matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with this Decision and Entry, and the Report and Recommendations; and

5. The case is terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge